USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/15/10

PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL REECE
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

SHOW & PROVE LLC D/B/A MARC ECKO ENTERTAINMENT,
MARC ECKO UNLTD., MARC ECKO ENTERPRISES ET AL;
ATARI, INFOGRAMES ENTERTAINMENT, SONY
COMPUTER ENTERTAINMENT OF AMERICA LLC, SONY
ET AL; MICROSOFT, FOUNDATION 9 ENTERTAINMENT
AKA THE COLLECTIVE ET AL
_____

_____

10 Civ. 2901 (JSK)(DF)

SECOND
AMENDED
COMPLAINT

Jury Trial:   ☐ Yes   ☑ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    DANIEL REECE
             Street Address    700 LENOX AVE. APT. 24 H
             County, City      NY, NY
             State & Zip Code  NY   10039-4531
             Telephone Number  (917) 334-0245

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                    1

Defendant No. 1    Name SHOW & PROVE LLC D/B/A MARC ECKO ENTERTAINMENT, MARC ECKO UNLTD., MARC ECKO ENTERPRISES ET AL
Street Address 40 W. 23rd ST.
County, City NY, NY
State & Zip Code NY 10010
Telephone Number (917) 262-1002

Defendant No. 2    Name ATARI
Street Address 417 FIFTH AVE.
County, City NY, NY
State & Zip Code NY 10016
Telephone Number (212) 726-6500

Defendant No. 3    Name INFOGRAMES ENTERTAINMENT C/O ATARI
Street Address 417 FIFTH AVE
County, City NY, NY
State & Zip Code NY 10016
Telephone Number (212) 726-6500

Defendant No. 4    Name SONY COMPUTER ENTERTAINMENT OF AMERICA LLC, SONY ET AL
Street Address 550 MADISON AVE.
County, City NY, NY
State & Zip Code NY 10022
Telephone Number (212) 833-7100

**II. Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

     ☑ Federal Questions      ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 28 U.S.C. § 1391(b); 17 U.S.C. § 501

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship    N/A
Defendant(s) state(s) of citizenship

DEFENDANT NO. 5      NAME - MICROSOFT

ADDRESS - 1290 AVENUE OF THE AMERICAS

COUNTY, CITY - NY, NY

STATE & ZIP CODE - NY, 10104

TEL. - (212) 245-2100


DEFENDANT NO. 6

NAME - FOUNDATION 9 ENTERTAINMENT AKA THE COLLECTIVE

ADDRESS - 17600 GILLETTE AVENUE

COUNTY, CITY - IRVINE CALIFORNIA

STATE & ZIP CODE - CA, 92614

TEL. - (510) 457-6101


2A

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? NY, USA, E.U., JAPAN, CANADA ET AL ie: CHINA, MEXICO ET AL

B. What date and approximate time did the events giving rise to your claim(s) occur? BEGINNING FEBRUARY 14, 2006 TO THE PRESENT (ON GOING)

C. Facts: COPYRIGHT INFRINGEMENT, WILLFUL, CONTRIBUTORY AND VICARIOUS. THAT MARC ECKO AKA SHOW & PROVE LLC D/B/A MARC ECKO ENTERTAINMENT, MARC ECKO UNLTD, MARC ECKO ENTERPRISES ET AL IN CONJUNCTION WITH ATARI, INFOGRAMES ENTERTAINMENT, SONY COMPUTER ENTERTAINMENT OF AMERICA LLC, SONY ET AL, MICROSOFT, FOUNDATION 9 ENTERTAINMENT AKA THE COLLECTIVE ET AL DID WILLFULLY, CONTRIBUTORALLY, AND VICARIOUSLY FOR PROFIT AND GAIN INFRINGE UPON THE COPYRIGHT OF MY ARTWORK WITH THE DEVELOPMENT, AND SALES WORLDWIDE OF THE VIDEO GAME "MARC ECKO'S GETTING UP - CONTENTS UNDER PRESSURE" WHICH CONTAINED "SUBSTANTIALLY SIMILAR" REPRESENTATIONS OF MY ARTWORK. ALL DEFENDANTS SHARE IN THE INFRINGEMENT ie: ATARI PUBLISHER, SONY + MICROSOFT AS THE GAME IS LICENSED FOR PLAY ON THEIR RESPECTIVE CONSOLES. MICROSOFT ALSO AS IT IS AVAILABLE AND LICENSED FOR WINDOWS XP OPERATING COMPUTER SYSTEM. FOUNDATION 9 AKA THE COLLECTIVE DEVELOPED THE END PRODUCT AND THAT INFOGRAMES IS THE INTERNATIONAL PARENT COMPANY OF ATARI.

(labels: ① What happened to you? | Who did what? | Was anyone else involved? | Who else saw what happened?)

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. N/A

*Rev. 12/2009*     3

III. STATEMENT OF CLAIM DANIEL REECE vs. SNOWBALL PROVE LLC  10 CIV 2901 (JSR)(DF)
CONTINUATION

(C)

② THAT THE GAME AIMED AT GRAPHIC ART PAYING HOMAGE TO SUBWAY GRAFITTI ART AND IN NEW YORK CITY PARTICULAR, PAYING TRIBUTE TO THE GENRE'S LEGENDS FROM NYC, DID WITH "SUBSTANTIAL SIMILARITY" PORTRAY AND HIRE SOMEONE TO "CREATE" MY ARTWORK AND HIRE SOMEONE TO PORTRAY MYSELF AS AN ACTION CHARACTER.

③ MY ARTWORK AND INTELLECTUAL PROPERTY PROTECTED BY COPYRIGHT IS DIP.

④ IN THE GAME THERE IS A SCENE "DIP'S HIDEOUT" A SEGMENT IN WHICH THE ART IS DISPLAYED PROMINENTLY THERE ARE OTHERS AS WELL AND VIEWABLE ON THE INTERNET IE: YOU TUBE, GAMESPOT ETC.

⑤ MY ARTWORK IS REGISTERED WITH THE LIBRARY OF CONGRESS AND I HOLD A VALID AND ACTIVE COPYRIGHT WITH REGISTRATION NUMBER.

④ THAT THE GAME WAS MARKETED WITH A "REGULAR" EDITION AND A "LIMITED" EDITION WITH BOTH ABLE TO BE PURCHASED ON-LINE VIA THE INTERNET AS LATE AS 2010 WITH THE GAME FIRST SOLD IN 2006.

⑤ THAT THE "LIMITED" EDITION WAS AN UPSCALE VERSION PRICED HIGHER AND DEMONSTRATIVELY PACKAGED TO CHARGE A HIGHER PRICE FOR PROFIT.

3A

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I ASK THE COURT FOR REMEDY AND SUMMARY JUDGEMENT COMPLETE AND SOLE RIGHTS TO MY ART (COPYRIGHTED) AND ARTISTIC PERSONNA. AS IT IS NOT KNOW HOW MANY UNITS OF THE GAME HAS BEEN SOLD AND OR PAID FOR AND DOWNLOADED, I ASK FOR THE CONSERVATIVE STATUTORY AMOUNTS AS FOLLOWS: IN 2006 THERE WERE 25 COUNTRIES IN THE EUROPEAN UNION THE GAME WAS DISTRIBUTED THERE / RELEASE DATE - FEBRUARY 24, 2006. IF EACH COUNTRY RECEIVED 200 UNITS × 25 COUNTRIES = 5,000 UNITS IN THE U.S. IF 200 UNITS, JAPAN 200 UNITS, CANADA 200 UNITS, MEXICO 200 UNITS AND CHINA 200 UNITS = 1,000 UNITS OUTSIDE OF THE E.U. THE TOTAL THEN OF 6,000 UNITS AS A CONSERVATIVE ESTIMATE MULTIPLED BY THE STATUTORY MAXIMUM AS THE COURT SEES AS FAIR AND JUST OF EITHER $30,000. (US) FOR "SIMPLE" INFRINGEMENT AND OR AS DEFFENDANTS CULPABILITY IS DETERMINED THE STATUTORY MAXIMUM OF $150,000 (US) FOR WILLFUL INFRINGEMENT AND EACH REPRODUCTION (UNIT OF THE VIDEO GAME) THEN THE MINIMUM SOUGHT WOULD BE AS DISTRIBUTION, PRICING, SALES FIGURES AND PROFITS ARE NOT KNOWN WOULD BE 6,000 UNITS × $30,000(US) = $180,000,000. EITHER FOR EACH DEFENDANT SEPARATELY OR TOGETHER WITH THE MAXIMUM BEING 6,000 UNITS × $150,000(US) = $900,000,000. (US) WITH THE SAME GUIDELINES AS THE COURT DEEMS FAIR AND JUST, FOR EACH DEFENDANT OR COLLECTIVELY. RESPECTFULLY SUBMITTED.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of OCTOBER, 2010.

Signature of Plaintiff [signature]

Mailing Address 700 LENOX AVE.

APT. 24 H

NY, NY 10039 - 4531

Telephone Number (917) 334 - 0245

Fax Number *(if you have one)* N/A

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 12/2009*      4