Honorable Judge Debra Freeman

US District Court Southern District of New York

Reece v. Ecko et al

10 Civ. 2901



This letter is under instruction to notify chambers that I have reached out to the defendants attorneys Frankfurt Kurnit Klein & Selz PC and there is an agreement that the last day for an answer to be filed in response to the defendants Motion to Dismiss the Second Amended Complaint shall be March 7, 2011.

I have attached a copy of the letter / e-mail that was put forth to the defendant's counsel.

Thank you

Very Truly,

Daniel Reece

700 Lenox Ave. Apt. 24 – H

New York, New York 10039 - 4531

(917) 334 - 0245

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/11

**MEMO ENDORSED**



SO ORDERED: DATE: 3/1/11

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE